## SECOND DEPARTMENT, JANUARY, 1980

### (January 7, 1980)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SOLOMON KLEIN, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Richmond County, rendered November 13, 1978, convicting him of willful violation of the health laws, upon his guilty plea, and imposing a sentence of a fine of $2,000 and ordering him to make restitution of $156.50 to the patient fund of Silver Lake Nursing Home. Judgment affirmed (see *People v Deutsch,* 71 AD2d 1029). We note that the defendant agreed, on the record, to "contribute" the sum of $156.50 to the patient fund at the nursing home in question. Therefore, the court's use of the word "restitution" constituted a mere technical error which did not affect the defendant's substantive rights (see CPL 470.50, subd 1). Hopkins, J. P., Damiani, Titone and Mangano, JJ., concur.

■ COROLA A. JERNIGAN, Respondent-Appellant, v CLAUDE B. DODSON, Respondent-Appellant, GERALD CITRON et al., Appellants, and IRWIN WANDERMAN et al., Respondents.—Judgment of the Supreme Court, Westchester County, entered June 8, 1979, affirmed insofar as appealed from, without costs or disbursements. No opinion. Appeal by defendant Dodson dismissed (cf. *Howe Ave. Nursing Home v Nafus,* 54 AD2d 686). Were we not dismissing defendant Dodson's appeal we would have rejected his arguments. Lazer, J. P., Mangano, Cohalan and O'Connor, JJ., concur.